IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARWING HERNANDEZ CALVO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-2169-G-BT |
| WARDEN OF PRAIRIELAND DETENTION CENTER, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the petitioner's habeas action will be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to his ability to reassert his Due Process claim in a future

[*] No objections were filed.

habeas petition after the expiration of the presumptively reasonable six-month period for post-final-removal-order detention.

**SO ORDERED**.

August 18, 2026.

**A. JOE FISH**
**Senior United States District Judge**